```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 00882
   GLADYS MILNER
   D W MILNER                                  CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-1964    SSN XXX-XX-9750

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/18/2007 and was confirmed 05/30/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/02/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
-------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED VEHIC    4631.92        178.96        1698.66
AMERIFIRST HOME IMPROVEM  SECURED              .00           .00            .00
OCWEN LOAN SERVICING LLC  CURRENT MORTG        .00           .00            .00
OCWEN LOAN SERVICING LLC  MORTGAGE ARRE    2277.84           .00        2277.84
AMCA                      UNSECURED       NOT FILED          .00            .00
AMCA                      UNSECURED       NOT FILED          .00            .00
AMCA                      UNSECURED       NOT FILED          .00            .00
CAPITAL ONE               UNSECURED        3052.23           .00            .00
CCB CREDIT SERVICES INC   UNSECURED       NOT FILED          .00            .00
CHICAGO IMAGING           UNSECURED       NOT FILED          .00            .00
CHICAGO IMAGING           UNSECURED       NOT FILED          .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00            .00
DAVID GERST               UNSECURED       NOT FILED          .00            .00
GERALD E MOORE            UNSECURED       NOT FILED          .00            .00
ROUNDUP FUNDING LLC       UNSECURED        1151.83           .00            .00
HOUSEHOLD CREDIT SERVICE  UNSECURED       NOT FILED          .00            .00
BANKARD SERVICES          UNSECURED       NOT FILED          .00            .00
MEDICAL BUSINESS BUREAU   UNSECURED       NOT FILED          .00            .00
MEDICAL PAYMENT DATA MRS  UNSECURED       NOT FILED          .00            .00
MEDICAL PAYMENT DATA MRS  UNSECURED       NOT FILED          .00            .00
MEDICAL PAYMENT DATA MRS  UNSECURED       NOT FILED          .00            .00
MEDICAL PAYMENT DATA MRS  UNSECURED       NOT FILED          .00            .00
MEDICAL PAYMENT DATA MRS  UNSECURED       NOT FILED          .00            .00
MERRICK BANK CORP         UNSECURED       NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED          .00            .00
QUEST DIAGNOSTIC          UNSECURED       NOT FILED          .00            .00
SIMM ASSOCIATES           UNSECURED       NOT FILED          .00            .00
VAN RU CREDIT CORP        UNSECURED       NOT FILED          .00            .00
AMERIFIRST HOME IMPROVEM  UNSECURED        2171.47           .00            .00
CAPITAL ONE               UNSECURED         891.76           .00            .00
OCWEN FEDERAL BANK        NOTICE ONLY     NOT FILED          .00            .00
HOUSEHOLD BANK            UNSECURED       NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 00882 GLADYS MILNER & D W MILNER
```

```
HOUSEHOLD CREDIT SERVICE  UNSECURED      NOT FILED              .00              .00
NICOLE LAWSON             DEBTOR ATTY    1,500.00                          1,500.00
TOM VAUGHN                TRUSTEE                                            394.54
DEBTOR REFUND             REFUND                                                .00
```

Summary of Receipts and Disbursements:

```
                             RECEIPTS          DISBURSEMENTS

TRUSTEE                      6,050.00

PRIORITY                                             .00
SECURED                                         3,976.50
    INTEREST                                      178.96
UNSECURED                                            .00
ADMINISTRATIVE                                  1,500.00
TRUSTEE COMPENSATION                              394.54
DEBTOR REFUND                                        .00
                            ---------------   ---------------
TOTALS                       6,050.00           6,050.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
    Dated: 07/24/08       _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```